In re Christoph GESKES.

No. 2012–1390.

United States Court of Appeals, Federal Circuit.

March 19, 2013.

Mark B. Harrison, Venable, LLP, of Washington, DC, for appellant.   With him on the brief was Michael E. Hall.

Raymond T. Chen, Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for appellee.   With him on the brief were Thomas L. Casagrande and Christina J. Hieber, Associate Solicitors.

NEWMAN, PLAGER, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**